

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY LEWIS<br>#96337<br><br>        Plaintiff,<br><br>vs.<br><br>ROBASCOITTI, *et al.*,<br><br>        Defendants. | 3:10-cv-00601-RCJ-RAM<br><br>**ORDER** |

       Plaintiff has submitted a *pro se* civil rights complaint. Plaintiff has failed to submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Plaintiff will be granted thirty (30) days in which to submit a completed and signed application to proceed *in forma pauperis* on the form provided by this court. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

       **IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)**

days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma pauperis* on the form provided by this court. Plaintiff's failure to file an application to proceed *in forma pauperis* in compliance with this order may result in the dismissal of his lawsuit without prejudice.

      DATED: November 18, 2010.

_____
UNITED STATES MAGISTRATE JUDGE