```
                    ___ FILED          ___ RECEIVED
                    ___ ENTERED        ___ SERVED ON
                              COUNSEL/PARTIES OF RECORD

                          DEC - 9 2010

                       CLERK US DISTRICT COURT
                         DISTRICT OF NEVADA
                    BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANTHONY LEWIS  )
  #96337       )
               )
   Plaintiff,  )    3:10-cv-00601-RCJ-RAM
               )
vs.            )
               )    **ORDER**
ROBASCOITTI, et al., )
               )
   Defendants. )
_____/

This is a *pro se* civil rights action, filed pursuant to 42 U.S.C. § 1983. By order filed November 18, 2010, the court ordered plaintiff to file a completed and signed application to proceed *in forma pauperis* within thirty (30) days (docket #3). On December 6, 2010, plaintiff filed a motion to extend time to comply with this court's order (docket #4). Plaintiff's motion is granted; he has an additional thirty (30) days from the date of entry of this order in which to submit his completed *in forma pauperis* application.

**IT IS THEREFORE ORDERED** that plaintiff's motion to extend time to comply with order (docket #4) is **GRANTED**.

1       **IT IS FURTHER ORDERED** that within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma pauperis* on the form provided by this court. Plaintiff's failure to file an application to proceed *in forma pauperis* in compliance with this order may result in the dismissal of his lawsuit without prejudice.

DATED: December 9, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

2