AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____ DISTRICT OF __NEVADA__

ANTHONY LEWIS,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER: **3:10-cv-00601-RCJ-RAM**

ROBASCOITTI, et al.,

      Defendants.

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that plaintiff's complaint (document no. 8) is DISMISSED with prejudice and without leave to amend for failure to state a claim for which relief may be granted.

  __January 24, 2011__                                                          **LANCE S. WILSON**
                                                                                    Clerk

                                                                             __/s/ Katie Lynn Ogden__
                                                                                  Deputy Clerk